IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN REID-DOUGLAS, | : | |
| Plaintiff, | : | 1:10-cv-2049 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| TIMOTHY J. HARDING, *et al.*, | : | |
| Defendants. | : | |

## ORDER

July 14, 2014

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Lackawanna County Defendants' motion for summary judgment (Doc. 102) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge